UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RODERICK L REESE, | § | |
| TDCJ # 01027930, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-389 |
| | § | APPEAL NO. 18-41185 |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM OPINION AND ORDER

In this habeas corpus action, the Court granted summary judgment for Respondent and entered final judgment (Dkt. 31, Dkt. 32) on September 25, 2018. Petitioner filed a notice of appeal, which the appellate court dismissed as untimely on January 30, 2019 (Dkt. 37).

Petitioner now has filed a motion seeking to correct the district court cause number on his notice of appeal. The appellate court's order correctly refers to Civil Action No. 3:17-0389. Because Petitioner has not demonstrated a basis for the relief he seeks, his motion to correct a cause number (Dkt. 38) is **DENIED**.

Petitioner also has filed a motion for relief from judgment under Federal Rule of Civil Procedure 60. *See Lowry Dev., L.L.C. v. Groves & Associates Ins., Inc.*, 690 F.3d 382, 385 (5th Cir. 2012); *Hesling v. CSX Transp., Inc.*, 396 F.3d 632, 642 (5th Cir. 2005) (internal citations and quotation marks omitted). Petitioner's arguments in the motion regarding clerical errors in his filings are irrelevant to, and provide no basis for relief

from, this Court's order granting summary judgment for Respondent. Therefore, Petitioner's motion under Rule 60 (Dkt. 39) is **DENIED**.

The Clerk of this Court is instructed to send a copy of this order to the parties.

SIGNED at Galveston, Texas, this 2nd day of May, 2019.

*/s/ George C. Hanks Jr.*
George C. Hanks Jr.
United States District Judge